UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
DELIA POLANCO,

                              Plaintiff,    Case No.: 1: 11-cv-07177-DAB

   v.

MEL S. HARRIS AND ASSOCIATES, LLC and   **NOTICE OF MOTION AND MOTION FOR**
NCO PORTFOLIO MANAGEMENT, INC.,   **WITHDRAWAL OF APPEARANCE**

                            Defendants.
---------------------------------------------------------X

**PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew M. Schwartz, hereby withdraw as an attorney of record, as I have left Marshall Dennehey Warner Coleman and Goggin. I hereby request that my name and email address be removed from the case's official docket.

Dated:   Philadelphia, Pennsylvania
            February 6, 2020

                                    Respectfully submitted,

                                    By: _____
                                         Andrew M. Schwartz

TO:   Via ECF to all Counsel of Record

/49889326v.1