UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DELTA POLANCO, :
:
:
Plaintiff, :
: 11-cv-7177 (LJL)
-v- :
: ORDER
:
NCO PORTFOLIO MANAGEMENT, INC., :
:
Defendant. :
:
:
------------------------------------------------------------------ :
:
X

LEWIS J. LIMAN, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that counsel for all parties appear for a status conference on February 26, 2020 at 10:00 a.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: February 12, 2020
New York, New York

_____
LEWIS J. LIMAN
United States District Judge