USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DELTA POLANCO, :
:
                  Plaintiff, :
:        11-cv-7177 (LJL)
    -v- :
:        ORDER
NCO PORTFOLIO MANAGEMENT, INC., :
:
                  Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The parties held a status conference on February 26, 2020. As discussed at that conference, it is hereby ORDERED that the parties be prepared to commence trial on May 18, 2020 at 10:00 a.m. in Courtroom 15C. By May 14, 2020, the parties are to provide the Court with copies of all trial exhibits and to submit a joint letter detailing any remaining objections. The parties have indicated that mediation may be useful. The parties are therefore to be referred to Court-annexed mediation, pursuant to an order to be issued separately.

      SO ORDERED.

Dated: February 27, 2020
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge